UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2009 MAR 17 PM 5:03

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL No. |
| | § | |
| Plaintiff, | § | INDICTMENT |
| | § | |
| v. | § | |
| | § | |
| | § | [Violation: 18 U.S.C. § 922(a)(6): False |
| TERESA CARRILLO, | § | statement during purchase of firearm; |
| | § | and 924(a)(1)(A): False statement during |
| Defendant. | § | purchase of firearm.] |

THE GRAND JURY CHARGES:

A09 CR-115 LY

## COUNT ONE
[18 U.S.C. § 922(a)(6)]

On or about the 2nd day of July, 2006, in the Western District of Texas, the defendant,

**TERESA CARRILLO**

in connection with the acquisition of firearms, specifically:

(1) a Marlin, Model 60, .22 caliber semi-automatic rifle, serial no. 94433141,

(2) a Marlin, Model 60, .22 caliber semi-automatic rifle, serial no. 94434855; and

(3) a Ruger , Model 10/22, .22 caliber semi-automatic, rifle, serial no. 258-77847

from Academy Store #22 in Round Rock , Texas, a licensed dealer of firearms within the meaning

of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement

to Academy Store #22 in Round Rock , Texas, which statement was intended and likely to deceive

Academy Store #22 in Round Rock , Texas, as to a fact material to the lawfulness of such sale of the

said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a

Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms

Transaction Record, to the effect that she was the actual buyer of the firearms indicated on the Form

4473, when in fact as the defendant then knew she was not the actual buyer of the firearms; in

violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
### [18 U.S.C. 924(a)(1)(A)]

On or about the 2nd day of July, 2006, in the Western District of Texas, the defendant, the defendant,

## TERESA CARRILLO

knowingly made a false statement and representation to Academy Store #22 in Round Rock , Texas, a firearms dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy Store #22 in Round Rock , Texas, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, she was not the actual buyer of the firearms , in violation of Title 18, United States Code, Section 924(a)(1)(A).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
### [18 U.S.C. §§ 924(d) & 3665 and 28 U.S.C. § 2461(c)]

Upon conviction of the offense alleged in Count One of this Indictment, the Defendant, **TERESA CARRILLO,** shall forfeit to the United States all firearms and ammunition involved in the commission of said offense, including, but not limited to, the following:

(1) Marlin, Model 60, .22 caliber semi-automatic rifle, serial no. 94433141,

(1) Marlin, Model 60, .22 caliber semi-automatic rifle, serial no. 94434855; and

(1) Ruger , Model 10/22, .22 caliber semi-automatic, rifle, serial no. 258-77847 and

2

All ammunition and firearm accessories.

All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREMAN.

JOHNNY SUTTON
United States Attorney

By: _____
CHRISTOPHER L. PEELE
Assistant United States Attorney

3